UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VINCENT CORDOVA, SR., <br><br> Plaintiff, <br> v. <br><br> WASHOE COUNTY SHERIFF DEPARTMENT et al., <br><br> Defendants. | Case No. 3:17-cv-00020-MMD-WGC <br><br> ORDER |

On February 10, 2017, this Court dismissed the case in its entirety, with prejudice, as malicious and entered judgment. (ECF No. 5 at 4; ECF No. 7.) The Court now denies Plaintiff's motions for extension of time to file his application to proceed *in forma pauperis* (ECF No. 8, 9) as moot.

For the foregoing reasons, it is ordered that the motions for extension of time (ECF No. 8, 9) are denied as moot.

DATED THIS 16th day of February 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE